AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 22, 2022**

SEAN F. McAVOY, CLERK

United States of America
v.
JONAH GREGORY CHAPIN

Case No. 2:22-CR-162-TOR-3

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JONAH GREGORY CHAPIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1),(b)(1)(B)(vi), 18 U.S.C.§ 2 Distribution of 40 Grams or More of Fentanyl
21 U.S.C. §§ 841(a)(1),(b)(1)(B)(vi), 846 Conspiracy to Distribute 40 Grams or More of Fentanyl

Date: Nov 17, 2022, 8:19 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/17/22, and the person was arrested on *(date)* 11/17/22
at *(city and state)* Spokane, WA.

Arrested within the E/WA

Date: 11/17/22

By: ATF - In custody
(Agency Arresting officer's signature)
Executed On: 11/17/22
Sign: Clayton R. Schwaniger, USMS
*Printed name and title*