PROB 12C
(6/16)

Report Date:  August 8, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 11, 2025**

SEAN F. McAVOY, CLERK

ECF No. 169

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jonah Gregory Chapin              Case Number: 0980 2:22CR00162-TOR-3

Address of Offender: ███████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 16, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 40 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: April 15, 2025 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 14, 2028 | |

### PETITIONING THE COURT

To issue a summons.

On April 16, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chapin, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about May 29, 2025, Jonah Chapin allegedly violated special condition number 4 by consuming fentanyl.

This officer received notification from Pioneer Human Services (PHS) that the offender was subject to random urinalysis (UA) testing on May 29, 2025, as an element of his substance abuse assessment and provided a urine sample that was presumptive positive for fentanyl.

Later that same date, on May 29, 2025, the undersigned spoke with Mr. Chapin and he adamantly denied any illicit drug use.

On June 6, 2025, the laboratory results were received confirming that the urine sample provided by the offender on May 29, 2025, was in fact positive for norfentanyl.

Prob12C
**Re: Chapin, Jonah Gregory**
**August 8, 2025**
**Page 2**

On June 10, 2025, the offender reported to the U.S. Probation Office to meet with the assigned officer. When confronted with the laboratory results, Mr. Chapin again denied any illicit drug use, and he signed a denial of use form confirming that denial.

2    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 23, 2025, Jonah Chapin allegedly violated special condition number 4 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On June 24, 2025, this officer received notification from PHS that the offender had failed to report for phase UA testing on June 23, 2025, when his assigned color was identified for testing.

3    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 8, 2025, Jonah Chapin allegedly violated special condition number 4 by failing to report for phase UA testing when his assigned color was identified for testing.

On July 9, 2025, this officer received notification from PHS that the offender had failed to report for phase UA testing on July 8, 2025, when his assigned color was identified for testing.

4    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 16, 2025, Jonah Chapin allegedly violated special condition number 3 by failing to attend his one-on-one treatment session as scheduled.

On July 16, 2025, PHS notified this officer that Mr. Chapin had reported for his individual session on that date, but had forgotten his treatment homework. As such, the session was considered a "no show." The treatment provider advised that the appointment had been rescheduled, and the offender assured his counselor he would bring his paperwork to that appointment.

5    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Prob12C**
**Re: Chapin, Jonah Gregory**
**August 8, 2025**
**Page 3**

**Supporting Evidence**: On July 28, 2025, Jonah Chapin allegedly violated special condition number 3 by failing to attend his one-on-one treatment session as scheduled.

On July 28, 2025, the undersigned officer received notice from PHS that the offender had failed to report for his individual session as scheduled on that date.

According to the treatment provider, Mr. Chapin had missed a total of three individual sessions in a row, and although he showed up for two of those appointments, he failed to bring his treatment plan work as required. Additionally, because of his ongoing noncompliance with the established treatment program, the provider advised that Mr. Chapin would need to meet with a supervisor before he would be allowed to return to his treatment sessions.

6          **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 1, 2025, Jonah Chapin allegedly violated special condition number 4 by failing to report for phase UA testing when his assigned color was identified for testing.

On August 4, 2025, this officer received notification from PHS that the offender had failed to report for phase UA testing on August 1, 2025, when his assigned color was identified for testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 08/08/2025 |
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade |
| | U.S. Probation Officer |

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

August 11, 2025

Date